■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL LLOYD, Appellant. [755 NYS2d 349] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment

granted (*see People v Crawford*, 71 AD2d 38).(Appeal from Judgment of Erie County Court, Drury, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P.J., Green, Hayes, Scudder and Lawton, JJ.